NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3095

ROSEMARY O. SLATTERY,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0752010756-C-1.

ON MOTION

ORDER

Upon consideration of Rosemary O. Slattery's unopposed motion (1) for reconsideration of the court's order dismissing her petition for review for failure to pay the docketing fee, and (2) for reinstatement, the fee now having been paid,

IT IS ORDERED THAT:

(1) The motions are granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2) Slattery's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAR 0 5 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 05 2009

JAN HORBALY
CLERK

cc:     Thomas G. Roth, Esq.
        Michael N. O'Connell, Esq.

s8